AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

__SOUTHERN__ DISTRICT OF __NEW YORK__

BRENNA L. STEWART

**ECF CASE**

SUMMONS IN A CIVIL CASE

V.

THE CITY OF NEW YORK, P. O. F/N/U RODRIGUEZ, P.O. JOHN DOE and SERGEANT RICHARD ROE, unknown employees of the New York City Police Department, individually and as P.O.s for NYC

CASE NUMBER:

**04 CV 07271**

JUDGE SCHEINDLIN

TO: (Name and address of defendant)

See attached Rider I

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JOANNE M. DWYER, ESQ.
225 Broadway
41st Floor
New York, NY 10007

RECEIVED 04 SEP 10 PM DISTRICT COURT

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

SEP 10 2004

CLERK

_____
(BY) DEPUTY CLERK

DATE

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK    Attorney: JOANNE M DWYER - 378

BRENNA L STEWART

Plaintiff(s)

- against -

THE CITY OF NEW YORK ET AL

Defendant(s)

Index #: 04 CV 07271

Date Filed:

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

WILLIAM MORRISON BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on December 22, 2004 at 11:50 AM at

44TH PRECINCT
2 EAST 169TH STREET
BRONX, NY 10452

deponent served the within true copy/copies of the SUMMONS & COMPLAINT on POLICE OFFICER MARIA RODRIGUEZ, SHIELD# 10370, the defendant/respondent therein named,

**SUITABLE AGE**  by delivering thereat a true copy/copies of each to LT. HOFFMAN a person of suitable age and discretion. Said premises is the defendant's/respondent's actual place of business within the state. She identified herself as being AUTHORIZED to accept for the defendant/respondent.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | BROWN | BLACK | 34 | 5'3 | 125 |

**MAILING**  Deponent enclosed a true copy/copies of same in a postpaid wrapper properly addressed to the defendant/respondent at the defendant's/respondent's actual place of business at

44TH PRECINCT
2 EAST 169TH STREET
BRONX, NY 10452

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on December 23, 2004 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside envelope thereof, by return address or otherwise that the communication is from an attorney or concerns an action against the party to be served.

**MILITARY SERVICE**  Person spoken to was asked whether the defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to me on December 23, 2004

Larry Yee
Notary Public, State of New York
No. 01YE5015682
Qualified in New York County
Commission Expires July 26, 2005

Linda L. Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires Aug 1, 2006

Stuart J. Forman
Notary Public State of New York
No 31-4828240
Qualified in New York County
Commission Expires June 30, 2007

**WILLIAM MORRISON**
License #: 870436
Docket #: 307085